IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RON S. McCRAY

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

JOEL ANDERSON DIRECTOR OF SCDC ELLISABETH HOLCOMB; DR McREE; DR RINGOLD INDIVIDUAL AND OFFICIAL

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 1:25-cv-11451-CMC-SVH
(to be filled in by the Clerk's Office)

Jury Trial: ☐ Yes ☑ No
(check one)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **RON S. MCCRAY**

All other names by which you have been known:

ID Number **353031**
Current Institution **TYGER RIVER CORRECTIONAL**
Address **INSTITUTION, 200 PRISON RD ENOREE, SC 29335**

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name **JOEL ANDERSON**
Job or Title (if known) **SCDC DIRECTOR**
Shield Number
Employer **SCDC HEADQUARTERS**
Address **4444 BROAD RIVER RD COLUMBIA, SC 29221**

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name **ELIZABETH HOLCOMB**

2

| | |
|---|---|
| Job or Title (if known) | DR. KIRLAND CORR INST |
| Shield Number | |
| Employer | SCDC |
| Address | 4444 BROAD RIVER RD COLUMBIA, SC 29221 |

☒ Individual capacity     ☒ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | DR MCREE |
| Job or Title (if known) | PHYSICIAN |
| Shield Number | |
| Employer | SCDC |
| Address | 4444 BROAD RIVER RD COLUMBIA SC 29221 |

☒ Individual capacity     ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | DR RINGOLD |
| Job or Title (if known) | SURGEON |
| Shield Number | |
| Employer | SCDC |
| Address | 4444 BROAD RIVER RD COLUMBIA, SC 29221 |

☒ Individual capacity     ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DELIBERATE INDIFFERENCE

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

AS STATE EMPLOYED PERSONS THE DEFENDANTS KNEW I WAS SICK AND KNEW I DID NOT NEED THE SURGERY FOR MY CONDITION AND OVER MY OBJECTION PERFORM A SURGERY THAT EXCERBATED MY CONDITION WHICH MY COMPLAINTS STATED OVER 5 YEARS AGO AND STILL REMAIN UNTREATED OR CORRECTED

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain) _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I CONTACTED JOEL ANDERSON BY REQUEST TO STAFF, GRIEVANCE, AND ALSO VIA U.S. MAIL LETTING HIM KNOW THAT SCDC TO INCLUDE EVERY SCDC FACILITY AND SCDC IS UNSANITARY AND (SECTION A CONTINUED)

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

RIDGELAND CORR INST 2023
LIEBER CORR INST 2017-2018
TYGER RIVER CORR INST 2024

C. What date and approximate time did the events giving rise to your claim(s) occur?

2017 - 2025 TODAYS DATE

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

SEE ADDED PAGES

5

SERIOUSLY OVERCROWDED IN VIOLATION OF MY EIGHTH AMENDMENT RIGHTS. IN THE ATTACHED EXHIBIT #1 A BILL WAS INTRODUCED AND PASSED BY THE HOUSE YEARS AGO IN 2021 IN SUPPORT THE SCDC BEING UNCONSTITUTIONALLY OVERCROWDED THEREBY EVEN THE HOUSE ADMITTED TO THE URGENT NEED TO REDUCE THE PRISON POPULATION. SINCE THE 2021 HOUSE BILL PASSING, CLEARLY IN THIS 5 YEAR LATER RULING WITHOUT ANY CORRECTIVE ACTION BY THE PRIOR DIRECTOR OR THE CURRENT DIRECTOR, THE POPULATION OF SCDC'S OVERCROWDING HAS ONLY EXACERBATED. JOEL ANDERSON HAS RECEIVED THOUSANDS OF GRIEVANCES AND COMPLAINTS AS WELL AS THE ATTACHED NOTICE EXHIBIT #1 PASSED BY THE HOUSE SINCE 2021. THIS IS CLEARLY DELIBERATE INDIFFERENCE TO PRISON OVERCROWDING FOR OVER 5 YEARS OF DISREGARDING SAME. TO ADD TO THIS JUST YESTERDAY AN INMATE WAS HIT IN THE HEAD WITH A METAL PIPE AND REMAINS IN INTENSIVE CARE AFTER BEING TRANSFERED TO THE EMERGENCY ROOM DUE TO LACK OF STAFF TO SUPERVISE AND SECURE THIS FACILITY. THIS FACILITY ALSO HAS ACCESS TO BRICKS SIZE 6X8 JUST LYING ON THE GROUND TO BE USED AS WEAPONS BY ANY INMATE WHO WANTS A WEAPON. I FEAR FOR MY LIFE UNDER THESE CONDITIONS. THERE ARE ONLY APPROX 10 OFFICERS TO MAINTAIN SAFETY AND SECURITY 90% OF THE TIME WHICH IS DETRIMENTAL BECAUSE THERE ARE 1,200 INMATES AT THIS FACILITY AND THIS 10 OFFICER TO 1,200 INMATE RATION DOES NOT MEET STATE OR FEDERAL STANDARDS OR POLICY AND STATE SECURITY MANDATES FOR PRISONS. NOBODY EXPECTS A COMFORTABLE PRISON HOWEVER SCDC SHOULD NOT ENCOURAGE A CHANGE OF ANY SENTENCE TO A DEATH PENALTY. PLAINTIFF WOULD INCORPORATE THE ORIGINAL COMPLAINTS CITED IN THE ORIGINAL ORDER AND NOTICE TO AVOID REWRITING THE ENTIRE ORIGINAL COMPLAINT. NO ONE SHOULD BE FORCED TO INHALE SECOND-HAND SMOKE AND NO ONE SHOULD BE FORCED TO INHALE ANY KIND OF SMOKE

AT ALL. IF YOU CHECK RECORDS OF THIS FACILITY IN OF ITSELF ONLY APPROX LAST MONTH AN INMATE DIED AT THE HOSPITAL AFTER INHALING TOXIC FUMES WHICH MADE THE NATIONAL FOX NEWS CHANNEL. THIS WAS CAUSE BY THE INADEQUATE STAFFING AT THIS FACILITY DUE TO LACK OF PROPER STAFF TO CONTROL INMATE ACTIVITIES. I SHOULD NOT HAVE TO DIE TO PROVE THE CONDITIONS ARE OVERCROWDED, UNSANITARY, UNSAFE ETC.

AGAIN AT LEIBER I WAS DIAGNOSED WITH HIGH BLOOD PRESSURE AND STARTED ON MEDICATIONS FOR A MINOR CASE OF DRY COUGH BY NURSE ELIZABETH HOLCOMB. NURSE HOL- ALSO STARTED STEROID INJECTIONS AND GAVE ME A PRESC- RIPTION OF BENADRIL.

DR McREE RE-EXAMINED MY CONDITION AND RELAY TO ME THAT NURSE HOLCOMBS TREATMENTS ONLY EXACER- BATED MY CONDITION TO THE POINT WHERE I WOULD NEED SURGERY. THEN DR. RINGOLD PERFORMED A SURGERY ON ME OVER MY OBJECTIONS IN 2023. HE AND EACH DEFENDANT ARE STATE ACTORS EMPLOYED BY S.C.D.C. AFTER SURGICAL REMOVAL OF MY UVULA AND TONSILS I WAS NOT GIVE PAIN MEDS AND SINCE THE SURGERY MY CONDITION HAS WORSENED BECAUSE I NOW FOR YEARS EXPERIENCE DAILY PAIN, THROAT SWELLING, STOMACH PAINS AND VOMITING BLOOD. I HAVE SOUGHT MEDICAL CARE FOR THESE CONDITIONS SINCE THE DATE OF SURGERY YEARS AGO BUT THE DEFENDANTS REFUSE TO RENDER MEDS OR SENT ME TO A COMPETENT MEDICAL FACILITY TO CORRECT THESE CONDITIONS RELAYING TO ME TO "DEAL WITH IT UNTIL YOU GET OUT OF PRISON BECAUSE WE ARE NOT PAYING FOR IT" (PLEASE SEE ATTACHED PHOTO EXHIBITS IN SUPPORT)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SURGERY WHICH EXACERBATED AND ENHANCED A LIFE-TIME CONTINUED PAINFUL CONDITION

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

TEN MILLION DOLLARS AND PRIVATE MEDICAL CARE

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). LEIBER RIDGELAND, KIRKLAND, RICHLAND MEMORIAL HOSPITAL WHERE SURGERY WAS PERFORM BY SCDC DOCTORS AND MEDICAL STAFF

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____
_____
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   TYGER RIVER CORR INST

2. What did you claim in your grievance?

   SEE ATTACHED

3. What was the result, if any?

   REFUSED TO COMPLETELY PROCESS VIA DIRECTING ME TO WRITE TO THE GRIEVANCE BRANCH WHICH IS NOT PART OF THE GRIEVANCE PROCEDURE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   WROTE TO GRIEVANCE BRANCH AS INSTRUCTED AND GOT NO RESPONSE FROM SAME

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   _See Alleged Above_

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _See Above_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _See Above_

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

   ☐ Yes
   ☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) N/A
      Defendant(s) N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N/A

   3. Docket or index number

      N/A

   4. Name of Judge assigned to your case

      N/A

   5. Approximate date of filing lawsuit

      N/A

   6. Is the case still pending?

      ☐ Yes
      ☒ No     N/A

      If no, give the approximate date of disposition. N/A

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes
    ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) N/A
      Defendant(s) N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N/A

   3. Docket or index number

      N/A

   4. Name of Judge assigned to your case

      N/A

   5. Approximate date of filing lawsuit

      N/A

   6. Is the case still pending?

      ☐ Yes     N/A
      ☒ No

11

If no, give the approximate date of disposition. ____N/A____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

____N/A____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/17, 20 15

Signature of Plaintiff: Ron S McCray
Printed Name of Plaintiff: RON S. MCCRAY
Prison Identification #: ____
Prison Address: TACI 200 PRISON ROAD
ENOREE    SC    29335
             City                State        Zip Code

### B. For Attorneys

Date of signing: ____, 20__.

Signature of Attorney ____
Printed Name of Attorney ____
Bar Number ____
Name of Law Firm ____

12

Address  
Telephone Number
E-mail Address