## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE GRIEVANCE FORM

### STEP 1

| INMATE NAME: RON S MC'CRAY | OFFICE USE ONLY |
|---|---|
| SCDC NUMBER: 353031 | Grievance No. TRCI 0409-25 |
| INSTITUTION: TRCI | Code: General ME/HL |
| HOUSING UNIT: 6-28-B | Policy ___ Disc. Hear. ___ |
| WORK ASSIGNMENT: DORM | Class. ___ PREA ___ |
| | Date Received 8/1/25 |
| | IGC Initials 007 |

**STATEMENT OF GRIEVANCE** (Indicate the date of incident, and if the grievance is a challenge to SCDC Policy, specify which policy. Include supporting documentation and attach answered RTSM or Kiosk reference number.) AT LIEBER IN 2018. I WAS DIAGNOSED WITH HIGH BLOOD PRESSURE. MEDICAL PRESCRIBED MEDICATION FOR THE DRY COUGH AND SWOLLEN THROAT TO INCLUDE INJECTIONS AND BENADRYL. IN 2023 WHILE AT RIDGELAND C.I. PER MEDICAL RECOMMENDATIONS I UNDERWENT SURGERY ON MY THROAT IN WHICH SCDC DOCTORS REMOVED TWO OF MY BODY PARTS OVER MY OBJECTIONS TO INCLUDE THE REMOVAL OF MY UVULA AND TONSILS. AFTER THIS SURGERY I WAS PLACED ON AMLODIPINE 10 MG 1 TABLET PER DAY AS WELL AS LISINOPRIL. THIS SURGERY AND MEDICAL CARE IS MEDICAL MALPRACTICE BECAUSE IT EX-ACERBATED MY CONDITION BY NOW CAUSING CONSTANT DAILY PAIN AND THROAT SWELLING ASSOCIATED WITH OCCASIONS OF THROWING-UP BLOOD AND STOMACH PAINS. ON 7/27/25 I GOT MY INFORMAL RESOLUTION FROM MEDICAL STATING "YOU NEED TO SIGN UP ON SICK CALL IF YOU ARE HAVING MEDICAL ISSUES. OTHERWISE YOU ARE ADDRESSING YOUR LEGAL CONCERNS TO THE WRONG DEPARTMENT"

Grievant Signature: R McCray    Date: 7/29/25

**ACTION REQUESTED:** I SEEK MONETARY DAMAGES AND ADEQUATE MEDICAL CARE TO CORRECT THIS MALPRACTICE

**ACTION TAKEN BY IGC:** ☐ PROCESSED  ☐ UNPROCESSED  ☑ OTHER

This grievance is being Processed (Reviewed) and Returned (No Wardens Decision) for, but not limited to, the following reason(s): you failed to file your grievance within the timeframes in accordance with SCDC Policy, "Inmate Grievance System". According to said policy, inmates have 8 working days from the response to their informal resolution attempt to file a Step 1 Grievance Form. You have not provided proof of your informal resolution attempt. However, consistent with SCDC GA-01.12 Inmate Grievance System, you may submit a paper Request to Staff Member (Form 19-11) to the Branch Chief within 10 days of a grievance being returned to you, with a copy of the grievance containing the staff's comments. You cannot file a grievance against the Inmate Grievance Coordinator for returning a grievance to you.

IGC Signature: JCruz    Date: 8/6/25

What is the 85 to 65 law in SC 2025?

**AI Overview**

In 2025, South Carolina's "85 to 65 law" refers to a bill that aims to reduce the percentage of time inmates convicted of certain drug offenses must serve before being eligible for early release, discharge, or community supervision from 85% to 65%. This reduction would also apply retroactively to inmates currently serving sentences for the affected crimes.

Key details:

- **Reduced Time Served:**

   The law would reduce the amount of time inmates must serve in prison before becoming eligible for early release, discharge, or community supervision for certain drug offenses.

- - **Retroactive Application:**
The law would apply to inmates currently serving sentences for the affected drug offenses, potentially leading to earlier releases.
- - **Qualifying Criteria:**
Inmates would need to meet certain criteria, such as good behavior, participation in rehabilitative or educational programming, and no major disciplinary infractions, to be eligible for the reduced time.
- - **Bill Status:**
The bill was introduced and passed by the House in 2021, but the Senate has not yet taken it up.
- - **Potential Impact:**
The law could lead to a decrease in the prison population and potentially reduce overcrowding.





NDC 0591-**5052**-21

# PredniSONE
# Tablets, USP

## 5 mg

PLACE PHAR
LABEL HE

...factured by:
...n Pharma Private Limited
...Salcette Goa 403 722 INDIA
...No. GO/DRUGS/741

...buted by:
...vis Pharma, Inc.
...ippany, NJ 07054 USA    Rev. 05/15
...5741



Manufactured by:
Matson Pharma Private Limited
Verna, Salcette Goa 403 722 INDIA
Code No. GO/DRUGS/741

Distributed by:
Actavis Pharma, Inc.
Parsippany, NJ 07054 USA

228741                    Rev. 05/15

Acyclovir 200mg

Mfg: _____APOTEX_____     Quantity: ___15___

Exp. date: _9-18_____     Lot #: _ND1455_ N630

Patient Name: _____

Dr. _____ Date: _____

Directions: Take 1 Capsule 5 times daily.

Kirkland Cl. 4542 Broad River Road. Cola. SC



TAKE 1 TAB TWICE DAILY FOR 3 DAYS
STARTER PACK
SULFAMETHOXAZOLE-TRIMETHOPRIM
800-160mg
Lot:HH23716                qty:1
AMNEAL PHA                 EXP:022418
USE FOR SEPTRA DS

Dr. McRee              KCI Pharmacy









CB59

McCray
Ron

**FROM: LIEBER MEDICAL DEPARTMENT**

DATE: ~~McCray~~ 12/6/21

NAME: McCray, Ron    353031 #

SCDC#: 353031    DORM/ROOM#: CB59

**INFORMATION TO PATIENT:**

Ringold would like to know if you are willing to have an increase in your dose of lisinopril. Please let us know.
☑ Yes    ☐ NO
Ringold also emailed Kirkland about the date for your surgery.

IF YOU HAVE ANY QUESTIONS OR FURTHER PROBLEMS PLEASE CONTACT MEDICAL BY SENDING A REQUEST TO STAR





NDC 0591-**5052**-21

# PredniSONE
# Tablets, USP

## 5 mg

┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐

PLACE PHAR

LABEL HE

└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘

...factured by:
...n Pharma Private Limited
... Salcette Goa 403 722 INDIA
... No. GO/DRUGS/741
...ibuted by:
...vis Pharma Inc
...ppany, NJ 07054 USA
...8741                    Rev. 05/15



Manufactured by:
Watson Pharma Private Limited
Verna, Salcette Goa 403 722 INDIA
Code No. GO/DRUGS/741

Distributed by:
Actavis Pharma, Inc.
Parsippany, NJ 07054 USA

228741                          Rev. 05/15

Acyclovir 200mg
Mfg: _____APOTEX_____   Quantity: ___15___
Exp. date _9-18_____   Lot # _ND1405_ N 630
Patient Name: _____
Dr._____ Date: _____
Directions: Take 1 Capsule 5 times daily.
Kirkland Cl. 4542 Broad River Road. Cola. SC



TAKE 1 TAB TWICE DAILY FOR 3 DAYS
STARTER PACK
SULFAMETHOXAZOLE-TRIMETHOPRIM
800-160mg
Lot:HH23716                qty:1
AMNEAL PHA                 EXP:022418
USE FOR SEPTRA DS

Dr. McRee              KCI Pharmacy









FROM: LIEBER MEDICAL DEPARTMENT

DATE: ~~McCray~~ 12/6/21

NAME: McCray, Ron    183825 #

SCDC#: 353031    DORM/ROOM#: CB59

INFORMATION TO PATIENT:

Ringold would like to know if you are willing to have an increase in your dose of lisinopril. Please let us know.

☑ Yes    ☐ NO

Ringold also emailed Kirkland about the date for your surgery.

IF YOU HAVE ANY QUESTIONS OR FURTHER PROBLEMS PLEASE CONTACT MEDICAL BY SENDING A REQUEST TO STAFF





NDC 0591-**5052**-21

# PredniSONE
# Tablets, USP

## 5 mg

┌─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─
│
│    PLACE PHAR
│       LABEL HE
│
└─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

factured by:
n Pharma Private Limited
Salcette Goa 403 722 INDIA
No. GO/DRUGS/741

ibuted by:
vis Pharma, Inc.
ppany, NJ 07054 USA

5741                        Rev. 05/15



Manufactured by:
Watson Pharma Private Limited
Verna, Salcette Goa 403 722 INDIA
Code No. GO/DRUGS/741

Distributed by:
Actavis Pharma, Inc.
Parsippany, NJ 07054 USA

I 25741                    Rev. 05/15



Acyclovir 200mg
Mfg. ____APOTEX____    Quantity: ____15____
Exp. date: _9-18____    Lot # _ND1435_ N630
Patient Name: _____
Dr._____ Date:_____
Directions: Take 1 Capsule 5 times daily.
Kirkland Cl. 4542 Broad River Road. Cola. SC



TAKE 1 TAB TWICE DAILY FOR 3 DAYS
STARTER PACK
SULFAMETHOXAZOLE-TRIMETHOPRIM
800-160mg
Lot:HH23716                qty:1
AMNEAL PHA                 EXP:022418
USE FOR SEPTRA DS

Dr. McRee            KCI Pharmacy









CB59

**FROM: LIEBER MEDICAL DEPARTMENT**

McCray,
Ron?

**DATE:** McCray, 12/6/21

**NAME:** McCray, Ron    150825 4

**SCDC#:** 353031    **DORM/ROOM#:** CB59

**INFORMATION TO PATIENT:**

Ringold would like to know if you are willing to have an increase in your dose of lisinopril. Please let us know. ☑ Yes ☐ NO
Ringold also emailed Kirkland about the date for your surgery.

IF YOU HAVE ANY QUESTIONS OR FURTHER PROBLEMS PLEASE CONTACT MEDICAL BY SENDING A REQUEST TO STAF



Manufactured by:
Watson Pharma Private Limited
Verna, Salcette Goa 403 722 INDIA
Code No. GO/DRUGS/741

Distributed by:
Actavis Pharma, Inc.
Parsippany, NJ 07054 USA

226741                              Rev. 05/15

Acyclovir 200mg
Mfg: _____APOTEX_____    Quantity: _____15_____
Exp. date _9-18_____    Lot #:_ND1495_ N630
Patient Name:_____
Dr._____    Date:_____
Directions:  Take 1 Capsule 5 times daily.
Kirkland Cl. 4542 Broad River Road. Cola. SC

FROM: LIEBER MEDICAL DEPARTMENT

DATE: McCray 12/6/21

NAME: McCray, Ron    150825 #

SCDC#: 353031          DORM/ROOM#: CB59

INFORMATION TO PATIENT:

Ringold would like to know if you are willing to have an increase in your dose of lisinopril. Please let us know.

☑ Yes     ☐ NO

Ringold also emailed Kirkland about the date for your surgery.

IF YOU HAVE ANY QUESTIONS OR FURTHER PROBLEMS PLEASE CONTACT MEDICAL BY SENDING A REQUEST TO STAFF



NDC 0591-**5052**-21

# PredniSONE
# Tablets, USP

## 5 mg

PLACE PHAR
LABEL HE

...factured by:
...n Pharma Private Limited
... Salcette Goa 403 722 INDIA
... No. GO/DRUGS/741
...ibuted by:
...vis Pharma, inc.
...ippany, NJ 07054 USA
...26741                    Rev. 05/15



TAKE 1 TAB TWICE DAILY FOR 3 DAYS
STARTER PACK
SULFAMETHOXAZOLE-TRIMETHOPRIM
800-160mg
Lot:HH23716                    qty:1
AMNEAL PHA                     EXP:022418
USE FOR SEPTRA DS

Dr. McRee              KCI Pharmacy



RON SANTA

003

EA0017A

I TABLET(S)

E DAILY BY

TH

P DS

160MG TAB

Substituted For SEPTRA DS

10/09/2017      RW      EXP





