UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Ron S. McCray, ) | C/A No. 8:25-cv-11451-CMC-WSB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Joel Anderson, Elisabeth Holcomb, Dr. McRee, ) | |
| Dr. Ringold, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This is a civil action filed by a state inmate in the custody of the South Carolina Department of Corrections ("SCDC") proceeding *pro se* and *in forma pauperis*. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge.[1]

# BACKGROUND

By Order dated September 24, 2025, the Court authorized service of process of the Amended Complaint (ECF No. 10) on the above-captioned Defendants. ECF No. 17. Service was accomplished as to Defendants Joel Anderson, Dr. McRee, and Dr. Ringold. ECF No. 21. Those Defendants' Answer to the Amended Complaint are due December 10, 2025. ECF No. 28. On November 3, 2025, the United States Marshal Service filed a Summons Returned Unexecuted indicating that it could not serve the Summons and Amended Complaint on Defendant Elisabeth Holcomb. ECF No. 22. The Marshal Service attempted to serve Defendant Elisabeth Holcomb at the address provided by Plaintiff but could not accomplish service. *Id*. The Marshal Service explained as follows:

> Unable to locate. SCDC [] was unable to verify the Defendants' employment or location.

*Id*. at 1. Accordingly, by Order dated November 12, 2025, Plaintiff was directed to provide an address at which Defendant Elisabeth Holcomb can be served and to submit properly completed service documents for her. ECF No. 30. On November 25, 2025, Plaintiff provided a new proposed Summons and USM 285 form for Defendant Elisabeth Holcomb. ECF Nos. 32; 32-1. Accordingly, this Order is entered to authorize service on Defendant Elisabeth Holcomb.

---

[1] This action was initially assigned to the Honorable Shiva V. Hodges, United States Magistrate Judge, for initial screening. The action was reassigned to the undersigned Magistrate Judge on November 10, 2025. ECF No. 26.

1

## TO THE CLERK OF COURT

The Clerk of Court is directed to issue the Summons (ECF No. 32-1) for **Defendant Elisabeth Holcomb**. The Clerk of Court is directed to forward copies of this Order, the Summons, the Amended Complaint (ECF No. 10), and the Form USM-285 (ECF No. 32) as to **Defendant Elisabeth Holcomb** to the United States Marshal for service of process. The Clerk of Court shall calculate the 90-day period for service of process under Rule 4(m) from the date on which the Summons is issued. *Robinson v. Clipse*, 602 F.3d 605, 608–09 (4th Cir. 2010) (tolling during initial review). ***A copy of this Order must be provided to the United States Marshal***.

The Clerk of Court shall mail a copy of this Order to Plaintiff.

The Clerk of Court shall not enter any change of address submitted by Plaintiff which directs that mail be sent to a person other than Plaintiff unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

## TO THE UNITED STATES MARSHAL

The United States Marshal shall serve the Summons and Amended Complaint on **Defendant Elisabeth Holcomb**. The time limit to accomplish service is governed by Rule 4(m) of the Federal Rules of Civil Procedure. The 90-day limit established by Rule 4(m) will not run during the initial review of this case; therefore, the 90 days begins on the date on which the summons is issued.

The United States Marshals Service is advised that it must expend a reasonable investigative effort to locate a defendant once a defendant is properly identified. *See Greene v. Holloway*, No. 99-7380, 2000 WL 296314, at *1 (4th Cir. 2000) (citing with approval *Graham v. Satkoski*, 51 F.3d 710 (7th Cir. 1995)). If the information provided by Plaintiff on the Form(s) USM-285 is not sufficient for the Marshal to effect service of process, after reasonable investigative efforts have been made to locate a properly identified Defendant, the Marshal should so note in the "Remarks" section at the bottom of the Forms USM-285.

## TO DEFENDANT

Defendant Elisabeth Holcomb is directed to file an Answer to the Amended Complaint or otherwise plead. Defendant Elisabeth Holcomb and her attorneys are, hereby, notified that all dispositive motions from Defendant must be filed no later than forty-five (45) days after the Answer on behalf of Defendant has been filed. Hence, with respect to the filing of dispositive motions by Defendant, this Order is also a scheduling order.

## TO PLAINTIFF

Plaintiff **must** provide, and is responsible for, information sufficient to identify Defendants on the Forms USM-285. The United States Marshal cannot serve an inadequately identified

defendants.  **Unserved Defendants may be dismissed as parties to this case if not served within the time limit governed by Rule 4(m) and this Order.**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties.  Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney.  Service on attorneys who have made an appearance in this Court is effected by the Court's Electronic Case Filing system through a computer generated notice of electronic filing.  However, prior to Defendant's attorney making an appearance in this Court, Plaintiff must serve Defendants with any documents Plaintiff files subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

Plaintiff is reminded of the following important notices.

Plaintiff must place the civil action number listed above (**C/A No. 8:25-cv-11451-CMC-WSB**) on any document provided to the Court pursuant to this Order.  **Any future filings in this case must be sent to the address below: (250 East North Street, Suite 2300, Greenville, South Carolina 29601).**  All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting.  *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System.  In all future filings with this Court, Plaintiff is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper.  Plaintiff is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a *pro se* litigant.  Plaintiff's attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing** (**250 East North Street, Suite 2300, Greenville, South Carolina 29601**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you.  If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.**  Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court.  Your failure to do so will not be excused by the Court.

**IT IS SO ORDERED**.

s/William S. Brown
United States Magistrate Judge

November 25, 2025
Greenville, South Carolina