# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ANDERSON/GREENWOOD DIVISION

RON S. McCRAY ) C/A NO. 8:25-CV-1144-CMC-WSB
    PLAINTIFF )
V. ) PLAINTIFFS MOTION FOR
) JUDGMENT BY THE DEF-
JOEL ANDERSON ET., AL ) ENDANTS DEFAULT
    DEFENDANTS )

THE DEFENDANTS ANSWER TO THIS COMPLAINT WAS DUE DECEMBER 10 2025. THE DEFENDANTS WERE NEVER GRANTED AN EXTENSION THEREFORE THE ANSWER TO THE COMPLAINT WAS DUE ON 12-10-2025. BASED ON SAME PLAINTIFF MOVES THIS COURT TO ISSUE PLAINTIFFS CITED RELIEF REQUESTED IN THIS COMPLAINT.

## PROOF OF SERVICE

I SERVED A COPY OF THIS MOTION ON THE McKAY FIRM BY PLACING A COPY OF SAME IN THE U.S. MAIL POSTAGE PREPAID ON 12/16/2025.

s. Ron S. McCray