UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ron S. McCray, | ) Docket No.   8:25-cv-011451-CMC-WSB |
|         Plaintiff, | ) |
| v. | ) **DEFENDANTS ANDERSON, McREE, AND** |
| | ) **RINGOLD'S RESPONSE IN OPPOSITION** |
| Joel Anderson, Director of SCDC; | ) **TO PLAINTIFF'S MOTION FOR DEFAULT** |
| Elizabeth Holcomb; Dr. McRee; Dr. | ) **JUDGMENT (ECF No. 43)** |
| Ringold, individual and Official, | ) |
|         Defendants. | ) |

**TO: RON S. MCCRAY, *PRO SE* PLAINTIFF:**

Defendants Anderson, McRee, and Ringold, hereinafter collectively referred to as "Defendants," by and through their attorneys hereby submit this Response in Opposition to Plaintiff's Motion for Default, ECF No. 43.

Per the Order of this Court, Defendants have until January 9, 2026 to submit their Answer(s) to the Amended Complaint. ECF No. 40. Defendants timely submitted and served the Answer within that allotted time frame. ECF No. 48. Thus, Plaintiff has failed to establish grounds for any entry of default.

Therefore, Defendants request that this Motion be denied.

        Respectfully submitted,

        */s/ Jacob A. Biltoft*
        Janet Brooks Holmes, Fed. ID No. 4822
        Jacob A. Biltoft, Fed. ID No. 13787)
        The McKay Firm, PA
        P. O. Drawer 7217
        Columbia, SC   29202
        (803) 256-4645
        *Attorneys for Defendants Anderson, McRee*

*and Ringold*

January 9, 2026
Columbia, South Carolina